IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN OSTEOPATHIC ASSOCIATION, et al. | : : : | CIVIL ACTION |
| v. | : : : | No. 20-6540 |
| AMERICAN BOARD OF INTERNAL MEDICINE | : : | |

**ORDER**

AND NOW, this 19th day of August, 2021, upon consideration of Defendant American Board of Internal Medicine's Motion to Dismiss, the parties' briefing on the Motion, and the parties' presentations at the May 11, 2021, oral argument on the Motion, and for the reasons stated in the accompanying Memorandum, it is ORDERED the Motion (Document 17) is GRANTED. The Complaint is DISMISSED as follows:

- Plaintiffs' tortious interference claims as stated in Counts I and II are DISMISSED without prejudice and with leave to amend; and

- Plaintiffs' unjust enrichment and defamation claims as stated in Counts III, IV, V, and VI are DISMISSED with prejudice.

Plaintiffs shall file an amended complaint addressing the pleading deficiencies identified in the accompanying Memorandum on or before September 13, 2021.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.